## 22153. LOWRY v. CENTRAL OF GEORGIA RAILWAY COMPANY.

STEPHENS, J. 1. This being a suit to recover damages for the alleged negligent killing of the plaintiff's mule by a train of the defendant, and there being evidence of the value of the mule and also evidence which

would authorize the inference that the mule was killed by the negligent operation of the defendant's train, the court erred in directing a verdict for the defendant.

2. It does not appear from the assignment of error that the court erred in excluding certain testimony of a witness as to the distance within which a train operated as the defendant's train was operated could be brought to a complete stop.

<em>Judgment reversed. Jenkins, P. J., and Sutton, J., concur.</em>

DECIDED FEBRUARY 8, 1933.

*S. W. Fariss;* for plaintiff.

*Rosser & Shaw, Maddox, Matthews & Owens,* for defendant.

